**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **JMS Machine Services, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-3298214** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **38468 N. Fairfield Rd.**<br>**Lake Villa, IL 60046**<br>Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Lake**<br>County | **Location of principal assets, if different from principal place of business**<br>**224 East Ave. North Lyons, KS 67554**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **JMS Machine Services, LLC**                                                Case number (*if known*)  _____
         Name

**7.**  **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   **9999**

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**   ☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**   ☑ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor   **JMS Machine Services, LLC**                                       Case number (*if known*) _____
_____
Name

**11. Why is the case filed in this district?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

| | **Statistical and administrative information** |
|---|---|

**13. Debtor's estimation of available funds**   .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **JMS Machine Services, LLC**  _____    Case number (*if known*) _____
    Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 15, 2016** _____
    MM / DD / YYYY

**X** /s/ Albert M. K eefer _____    Albert M. K eefer _____
    Signature of authorized representative of debtor    Printed name

Title    **President** _____

---

**18. Signature of attorney**

**X** /s/ John S. Biallas _____    Date    **April 15, 2016** _____
    Signature of attorney for debtor    MM / DD / YYYY

**John S. Biallas** _____
Printed name

**John S. Biallas, Attorney At Law** _____
Firm name

**3N918 Sunrise lane**
**St. Charles, IL 60174** _____
Number, Street, City, State & ZIP Code

Contact phone    **630-513-7878** _____    Email address    **jsb70@comcast.net** _____

**00203890** _____
Bar number and State

**Fill in this information to identify the case:**

Debtor name **JMS Machine Services, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 15, 2016**        X */s/* **Albert M. K eefer**
                                        Signature of individual signing on behalf of debtor

                                        **Albert M. K eefer**
                                        Printed name

                                        **President**
                                        Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **JMS Machine Services, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:**   **Summary of Assets**

---

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*....................................................................................    $ _____ 0.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*................................................................................    $ _____ 371,227.88

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*..................................................................................    $ _____ 371,227.88

---

**Part 2:**   **Summary of Liabilities**

---

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____ 230,008.98

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $ _____ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$ _____ 580,547.63

4.   **Total liabilities** ...............................................................................................
    Lines 2 + 3a + 3b          $ _____ 810,556.61

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **JMS Machine Services, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property            12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **checking account at Lyons State Bank, Lyons Kansas** | | | **$13,000.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | **$13,000.00** |
|---|---|

## Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| | | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|---|
| | 11b. Over 90 days old: | **45,677.88** | - | **0.00** | =.... | **$45,677.88** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

Debtor    **JMS Machine Services, LLC**　　　　　　　　　　　　　Case number *(If known)* _____

　　　　　Name

| 12. | **Total of Part 3.** | | **$45,677.88** |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

**Part 4:** **Investments**

**13. Does the debtor own any investments?**

　　■ No.  Go to Part 5.
　　☐ Yes Fill in the information below.

**Part 5:** **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

　　☐ No.  Go to Part 6.
　　■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** Misc. Raw materials, steel bar etc. 110,000 lbs of specialty steel. | | **$0.00** | | **$20,000.00** |
| 20. | **Work in progress** Work in process for Great Plains, Rotomix, Collins Bus. Invoice amount. Value as of 10/29/15 | | **$0.00** | | **$80,000.00** |
| 21. | **Finished goods, including goods held for resale** Misc. Inventory of finished goods for Great Plains, Rotomix and Collins Bus. Items ready to ship. Needs packaging. | | **$0.00** | | **$15,000.00** |
| 22. | **Other inventory or supplies** | | | | |

| 23. | **Total of Part 5.** | | **$115,000.00** |
|---|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | | |

| 24. | **Is any of the property listed in Part 5 perishable?** |
|---|---|
| | ■ No |
| | ☐ Yes |

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
　　■ No
　　☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**
　　■ No
　　☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **JMS Machine Services, LLC** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Misc. office furniture chairs, tables, files.  See attached exhibit 'B' for details.** | **$0.00** | | **$1,000.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Misc. CAD and accounting software original disks. See attached exhibit 'B' for details.** | **Unknown** | **Liquidation** | **$1,000.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | **$2,000.00** |
|---|---|---|

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **JMS Machine Services, LLC**                Case number *(If known)* _____
Name

| | | | |
|---|---|---|---|
| 49. | **Aircraft and accessories** | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Misclaneous metal working equipment and tools of the trade.** **See attached exhibit "B" for details.** | **$0.00**  Appraisal | **$130,000.00** |

| | | |
|---|---|---|
| 51. | **Total of Part 8.** Add lines 47 through 50. Copy the total to line 87. | **$130,000.00** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:** **Real property**

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:** **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** **Customer list attached as exhibit "C". No value.** | **$0.00** | **N/A** | **Unknown** |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

| | | |
|---|---|---|
| 66. | **Total of Part 10.** Add lines 60 through 65. Copy the total to line 89. | **$0.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

Debtor   **JMS Machine Services, LLC**                                     Case number *(If known)* _____
          Name

   ■ No
   ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |
| 71.   **Notes receivable**<br>Description (include name of obligor) | |
| 72.   **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.   **Interests in insurance policies or annuities** | |
| 74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Action against Craig Jordan and Unified Technology Devices, Inc., 8012 Redwood Court, Fox Lake, il 60020 for theft and or seizure of digital information, resulting in loss of business, revenue and customers** | **$65,550.00** |

| Nature of claim | **Tort** |
| --- | --- |
| Amount requested | **$0.00** |

|  |  |
| --- | --- |
| **Actions against Barbara E. Koch, ABBB Acountants and Lyons State Bank all of Lyons kansas for actual fraud, misrepresentation, conspiracy, malpractice and other related torts arising from the sale of the assets (equipment, receivables, inventory and work in process of the machine shop owned by Barbara Koch to JMS and its co-debtors.** | **Unknown** |

| Nature of claim | **Torts** |
| --- | --- |
| Amount requested | **$0.00** |

| 75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| --- | --- |
| 76.   **Trusts, equitable or future interests in property** | |
| 77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |

| 78.   **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$65,550.00** |
| --- | --- |

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **JMS Machine Services, LLC**
Name

Case number *(If known)*

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $13,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $45,677.88 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $115,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $130,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $65,550.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $371,227.88 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $371,227.88 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

8:10 AM
02/03/16

Page 1

## JMS Machine Services, LLC
### A/R Aging Detail
#### As of February 3, 2016

| Type | Num | Date | P.O. # | Name | Terms | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|---|---|---|
| **Current** | | | | | | | | |
| **Total Current** | | | | | | | | |
| **1 - 30** | | | | | | | | |
| **Total 1 - 30** | | | | | | | | |
| **31 - 60** | | | | | | | | |
| **Total 31 - 60** | | | | | | | | |
| **61 - 90** | | | | | | | | |
| Invoice | 2518 | 10/13/2015 | K1-00386838 | GREAT PLAINS MF... | 2% 10 Ne... | 11/12/2015 | 83 | 568.40 |
| Invoice | 2525 | 10/15/2015 | E1-00385557 | GREAT PLAINS MF... | 2% 10 Ne... | 11/14/2015 | 81 | 340.40 |
| Invoice | 2526 | 10/20/2015 | 13084-00 | ROTO-MIX LLC | Net 30 | 11/19/2015 | 78 | 6,141.12 |
| Invoice | 2527 | 10/20/2015 | 46819 | KMW LTD. | Net 30 | 11/19/2015 | 78 | 297.18 |
| Invoice | 2528 | 10/20/2015 | E1-00386835 | GREAT PLAINS MF... | 2% 10 Ne... | 11/19/2015 | 78 | 66.95 |
| Invoice | 2529 | 10/22/2015 | 13084-00 | ROTO-MIX LLC | Net 30 | 11/21/2015 | 76 | 7,784.00 |
| Invoice | 2410-1 | 10/23/2015 | K1-00386838 | GREAT PLAINS MF... | Net 30 | 11/22/2015 | 74 | 812.91 |
| Invoice | 2410-1 | 10/23/2015 | K1-00386838 | GREAT PLAINS MF... | 2% 10 Ne... | 11/22/2015 | 73 | 750.38 |
| Invoice | 2532 | 10/26/2015 | 75577 | ROTO-MIX LLC | Net 30 | 11/25/2015 | 70 | 885.80 |
| Invoice | 2531 | 10/26/2015 | 42642 | LYONS MFG CO. | Net 30 | 11/25/2015 | 70 | 486.00 |
| Invoice | 2533 | 10/27/2015 | L1-00387163 | GREAT PLAINS MF... | 2% 10 Ne... | 11/26/2015 | 69 | 4,258.00 |
| Invoice | 2538 | 10/27/2015 | 42642 | LYONS MFG CO. | Net 30 | 11/26/2015 | 69 | 1,377.12 |
| Invoice | 2536 | 10/27/2015 | 387548 | GREAT PLAINS MF... | 2% 10 Ne... | 11/26/2015 | 69 | 267.00 |
| Invoice | 2539 | 10/28/2015 | AB-00387557 | GREAT PLAINS MF... | 2% 10 Ne... | 11/27/2015 | 68 | 167.75 |
| Invoice | 2540 | 10/28/2015 | S1-00387493 | GREAT PLAINS MF... | 2% 10 Ne... | 11/27/2015 | 68 | 257.50 |
| **Total 61 - 90** | | | | | | | | 24,430.59 |
| **> 90** | | | | | | | | |
| Invoice | 111465 | 10/22/2014 | Verbal | LINDEN REBUILDING | NET 10 | 11/01/2014 | 459 | 40.00 |
| Invoice | 111607 | 01/28/2015 | Verbal | LINDEN REBUILDING | NET 10 | 02/07/2015 | 361 | 1,669.08 |
| Invoice | 111630 | 02/13/2015 | Verbal | LINDEN REBUILDING | NET 10 | 02/23/2015 | 345 | 144.39 |
| Invoice | 2002 | 04/03/2015 | | LINDEN REBUILDING | NET 10 | 04/13/2015 | 296 | 36.82 |
| Invoice | 2004 | 04/03/2015 | | LINDEN REBUILDING | NET 10 | 04/13/2015 | 296 | 55.88 |
| Invoice | 2099 | 05/21/2015 | | EBRIGHT, HARLAN | NET 10 | 05/31/2015 | 248 | 65.00 |
| Invoice | 2159 | 06/15/2015 | SM0002384 | New Flyer of America | | 06/15/2015 | 233 | 32.08 |
| Invoice | 2203 | 06/22/2015 | SM0002384 | New Flyer of America | | 06/22/2015 | 226 | 64.08 |
| Invoice | 2333 | 07/30/2015 | D Koch | CROP PRODUCTIO... | | 07/30/2015 | 188 | 64.58 |
| Invoice | 2479 | 09/23/2015 | RS0028485 | New Flyer of America | | | 133 | 17.50 |
| Invoice | 2420 | 09/09/2015 | D08389 | THE FULLER BRUS... | Net 30 | 10/09/2015 | 117 | 1,089.54 |
| Invoice | 2432 | 09/16/2015 | L1-00386338 | GREAT PLAINS MF... | 2% 10 Ne... | 10/11/2015 | 115 | 1,086.00 |
| Invoice | 2457 | 09/11/2015 | 387548 | GREAT PLAINS MF... | 2% 10 Ne... | 10/16/2015 | 108 | 157.00 |
| Invoice | 2489 | 09/21/2015 | S1-00385352 | GREAT PLAINS MF... | 2% 10 Ne... | 10/21/2015 | 105 | 100.36 |
| Invoice | 2470 | 09/21/2015 | S1-00385352 | GREAT PLAINS MF... | 2% 10 Ne... | 10/21/2015 | 105 | 1,082.25 |
| Invoice | 2498 | 09/21/2015 | S1-00385352 | GREAT PLAINS MF... | 2% 10 Ne... | 10/21/2015 | 105 | 1,082.25 |
| Invoice | 2475 | 09/22/2015 | 46819 | GREAT PLAINS MF... | 2% 10 Ne... | 10/22/2015 | 104 | 530.40 |
| Invoice | 2480 | 09/23/2015 | A2-00386750 | GREAT PLAINS MF... | 2% 10 Ne... | 10/23/2015 | 103 | 200.00 |
| Invoice | 2482 | 09/23/2015 | K1-00385978 | GREAT PLAINS MF... | 2% 10 Ne... | 10/23/2015 | 103 | 106.00 |
| Invoice | 2483 | 09/24/2015 | S1-00385352 | GREAT PLAINS MF... | 2% 10 Ne... | 10/24/2015 | 102 | 1,052.04 |
| Invoice | 2484 | 09/24/2015 | S1-00385352 | GREAT PLAINS MF... | 2% 10 Ne... | 10/24/2015 | 102 | 579.60 |

EXHIBIT "A"
page 1

9:10 AM
02/03/16

## JMS Machine Services, LLC
### A/R Aging Detail
As of February 3, 2016

| Type | Date | Num | P.O. # | Name | Terms | Due Date | Aging | Open Balance |
|------|------|-----|--------|------|-------|----------|-------|--------------|
| Invoice | 09/24/2015 | 2485 | S1-00365352 | GREAT PLAINS MF... | 2% 10 Ne... | 10/24/2015 | 102 | 1,198.16 |
| Invoice | 09/24/2015 | 2489 | S1-00365352 | GREAT PLAINS MF... | 2% 10 Ne... | 10/24/2015 | 102 | 579.80 |
| Invoice | 09/29/2015 | 2503 | S1-00365352 | GREAT PLAINS MF... | 2% 10 Ne... | 10/29/2015 | 97 | 1,256.00 |
| Invoice | 09/29/2015 | 2498 | S1-00365352 | GREAT PLAINS MF... | 2% 10 Ne... | 10/29/2015 | 97 | 48.80 |
| Invoice | 09/29/2015 | 2499 | S1-00365352 | GREAT PLAINS MF... | 2% 10 Ne... | 10/29/2015 | 97 | 1,296.20 |
| Invoice | 09/29/2015 | 2501 | S1-00365501 | GREAT PLAINS MF... | 2% 10 Ne... | 10/29/2015 | 97 | 3,282.24 |
| Invoice | 09/29/2015 | 2502 | S1-00365352 | GREAT PLAINS MF... | 2% 10 Ne... | 10/29/2015 | 97 | 1,198.92 |
| Invoice | 09/30/2015 | 2505 | 132096-00 | ROTO-MIX LLC | Net 30 | 10/30/2015 | 96 | 600.00 |
| Invoice | 10/01/2015 | 2508 | 42238 | LYONS MFG CO. | Net 30 | 10/31/2015 | 95 | 1,286.20 |
| Invoice | 10/01/2015 | 2507 | 42390 | LYONS MFG CO. | Net 30 | 10/31/2015 | 95 | 943.92 |

Total > 90                                                                                    21,247.29

TOTAL                                                                                         46,677.88

Exhibit "A"
page 2.

| Machine | Quan | Use | Status | Capacity | Low | High |
|---|---|---|---|---|---|---|
| **1000 Prime Machinery** | | | | | | |
| 1 KT Horiz | Kearney &treckor | | Serial # 7181735 | | $12,000 | $16,000 |
| 2 Hardinge 42 | CS-45 | | Serial number CS-372 | | $19,500 | $19,000 |
| 3 | 1 5/8"x 12' Capacity | Bar feed | | | $1,500 | $4,000 |
| | 8" chuck | Manual | | | $600 | $1,000 |
| 4 Hardinge 42T | 1 5/8"x 12' Capacity | | | | $19,500 | $20,000 |
| 5 | | Barfeed | | | $3,500 | $4,000 |
| 6 Cinci Talon | | | | | $6,000 | $12,000 |
| 7 | turnamatic 2" x 12 ft | Barfeed | | | $4,500 | $5,500 |
| 8 | old | Computor | | | $50 | $100 |
| 9 Mori | MN Duraturn 2650 Serial# DT255FH0014 | | | | $47,000 | $64,000 |
| 10 Hwachone | Hi Tech 200Cl | | Serial#M0117353A1F | | $39,000 | $49,000 |
| 11 Warner sway 5 | | | | | | |
| 12 Warner sway 3 | SN 725139 | Bar Chamfer | | | $1,000 | $1,000 |
| 13 Warner sway 3 | | | Scrap | | | |
| 14 Fadel | VMC 40/20 | MN#914-15 | | sn 980980: $19,000 | $19,000 | $46,000 |
| 15 | 2 seats bobcad | Mill software | | | $100 | $100 |
| 16 Fadel 20/50 | VMC 50/20 | | | | $28,000 | $44,000 |
| 17 | Haas 350 | 4th axis (Haus) | | | $5,100 | $11,900 |
| 18 Kitamora | SN 8368 | MN T15 | | | $4,000 | $6,000 |
| 19 Small engine lathe (yellow) | | | | | | |
| 20 Small engine lathe (gray) | Cat# CL340RD | | | | $700 | $1,500 |
| 21 Dril grind pedelstal | | | | | $50 | $100 |
| 22 Cutter grinder | | | | | $1,200 | $1,500 |
| 23 Tumbler | Burr Bench | | | | $700 | $2,500 |
| 24 Drill sand | | | | | $50 | $50 |
| 25 Drill sand | | | | | $50 | $50 |
| 26 Drill sand | | | | | $50 | $50 |
| 27 Coolant metering | | | | | $100 | $100 |
| 28 Engine lathe Nardini | | | | | $1,500 | $3,000 |
| 29 Engine lathe Oil belt | | | Scrap | | | |
| 30 Horiz small | | | Scrap | | | |
| 31 Horiz large | | | Scrap | | | |

Exhibit "B"   page 1

Di= 4

| # | Item | Description | | |
|---|------|-------------|---|---|
| 32 | Horiz saw (power) | | $1,200 | $3,000 |
| 33 | Horiz saw (Kalamazoo) | Scrap | $7,000 | $12,000 |
| 34 | Horiz saw (small) | 12X12" cut capacity | | |
| 35 | Abrasive cutoff | 1 1/4" blade | $400 | $600 |
| 36 | Bridgeport (Comet) | | | |
| 37 | Bridgeport (Yellow) | | $1,500 | $2,500 |
| 38 | Bridgeport (clausing) | EXA    MN#942C1tv | | |
| 39 | Welder | | $400 | $1,200 |
| 40 | Blade welder | | $1,000 | $1,500 |
| 41 | Vertical hyd press | | $1,100 | $2,200 |
| 42 | Vertical hyd press (homebuilt) | | $50 | $250 |
| 43 | Iron Worker | | | |
| 44 | Gearhead drill | | | |

**2000 Office**

| # | Item | Description | | |
|---|------|-------------|---|---|
| 1 | Computor (Barbs dsk top) | | $50 | $400 |
| 2 | Printer | | $25 | $75 |
| 3 | Laptop (Rich) | | $100 | $400 |
| 4 | DNC Link | switch box with DNC link | $1,000 | $3,000 |
| 5 | Desk top (Dave) | | $300 | $600 |
| 6 | Time Clock | | $25 | $150 |
| 6 | Fax | | | |
| 7 | Phone system (Vonage) | three phone system | | |

**3000 Inspection**

| # | Item | Description | | |
|---|------|-------------|---|---|
| 1 | Nikon Comp | Model 6c #8808 TTG 58057107024 | $2,500 | $6,000 |
| 2 | Gage block set | | | |
| 3 | 24"sq Surface plate | NIST 8211261929-89 | | |
| 4 | Ht Gage (Digital) | | | |
| 5 | Ht Gage (Digital) | | | |
|  | Pitch mic 0-1" | | | |
|  | Pitch mic 0-2" | | | |

Exhibit "B"  page 2

2 OF 4

| Item | | Scrap | | | Ref Calibrat |
|---|---|---|---|---|---|
| Pitch mic 0-3" | | | $26,000 | $48,000 | |
| Mic 0-1" | | | | | |
| Mic 1-2" | | | | | |
| Mic 2-3" | | | | | |
| Mic 3-4" | | | | | |
| Mic 4-5" | | | | | |
| Mic 5-6" | | | | | |
| Caliper 0-6" | | | | | |
| Caliper 0-8" | | | | | |
| Caliper 0-12" | | | | | |
| Caliper 0-24" | | | | | |

**4000 Storage**

| | | | | |
|---|---|---|---|---|
| 1 | Rolling carts (with drawers) | 1 | | |
| 2 | Red drawer | 1 | | |
| 3 | Red drawer | 1 | | |
| 4 | Black rollaround | | | |
| 5 | Black Drawer | 7 | | |
| 6 | Steel cabinet | | | |
| 7 | Steel cabinet | | | |
| 8 | Cantilever hoist (hydraulic | | $200 | $400 |
| 9 | Quad hoist support (w/wheels) | | $500 | $1,100 |
| 10 | Steel cabinet | | | |
| 11 | File cabinets | | | |
| 12 | File cabinets | | | |
| 13 | File cabinets | | | |
| 14 | File cabinets | | $1,800 | $5,000 |

**5000 Facility**

| | | | |
|---|---|---|---|
| 1 | Airconditioner unit 1 | | |
| 2 | Airconditioner unit 2 | | |
| 3 | Airconditioner unit 3 | | |
| 4 | Shed | | |
| 5 | Lawn mower | $25 | $50 |
| 6 | Weed wacker | $25 | $50 |
| 7 | Overhear fan(Saw) | | |

Exhibit "B"  page 3

3 of 4

8 Toilet #1
9 Toilet #2
10 Toilet #3
11 Compressor (Quincy) — $1,100 — $3,000
12 Compressor (Gray) — $1,100 — $3,000
13 Safe
14 Safe ( two door)
15 224 East ave north — $70,000 — $90,000

**6000 Tooling**

1 Waukesha 1.062 — 2
2 Waukesha 1.25
3 6" Vise — 14
4 4" vise — 12
5 KT Tombstone — 3
6 Insert Spade drill — 8
7 Cutoff 3/4 X .093 — $12,000 — $40,000
8
9
Tooling log

**7000 Software**

1 Quickbooks
2 Office suite
3 DNC

**8000 Material handling**

1 Fork lift Yale — CP C8369M 5021352-21 — $4,000 — $9,000
2
3 Jib Crane — 1/2 ton — $2,200 — $3,000
4 OverHead Crane — 1 ton Cap — 60 ft X 40' envulope — $4,000 — $9,000
5 Banding tools — $50 — $200
6 Tablesaw — starrite #225 — $50 — $300
7 steel stock — $7,000 — $9,000

Exhibit "B" page 4.

4 of 4

9:09 AM
02/03/16

# JMS Machine Services, LLC
## Customer Contact List
### February 3, 2016

| Customer | Bill to | Primary Contact | Main Phone | Fax | Balance Total |
|---|---|---|---|---|---|
| ABILENE MACHINE SHOP | ABILENE MACHINE SHOP 3150 DAISY ROAD SOLOM... | RHONDA | 1-785-263-3467  205 | | 0.00 |
| ALEXANDER, LEE | ALEXANDER, LEE 3134 NW 170TH ROAD KINGMAN, KS 67068 | | | | 0.00 |
| ALL-STEEL BUILDING SYSTEMS, LLC | ALL-STEEL BUILDING SYSTEMS PO BOX 4561 TOPEK... | KIRK HANKS | 785-271-5550 | | 0.00 |
| AMERICAN BIO INDUSTRIES | AMERICAN BIO INDUSTRIES 1875 SOUTH MAIN ABIL... | | | | 0.00 |
| AMERICAN JOB SHOP | AMERICAN JOB SHOP 18340 199TH AVENUE BRISTO... | | | | 0.00 |
| APAC KANSAS INC | APAC KANSAS INC 4001 MURDOCK AVENUE WICHITA... | | | | 0.00 |
| APAC PIPELINE | APAC 619 WEST 15TH ST MCPHERSON 67460 | | | | 0.00 |
| APAC PIPELINE | APAC 619 WEST 15TH ST MCPHERSON 67460 | | | | 0.00 |
| ARDB | ARDB 203 WEST RYAN ST DILLON, WS 84410 | | | | 0.00 |
| ARDB 3 | ARDB 203 WEST RYAN ST DILLON, WS 84410 | | | | 0.00 |
| B.Z. BEE FARMS | B.Z. BEE FARMS 1961 170TH STREET LYONS, KS 67554 | | | | 0.00 |
| BENNETT REPAIR | BENNETT REPAIR 2079 AVE U UTERLAND KS 67479 | DALLAS WOOLF | 620-788-5052 | | 0.00 |
| BENNETT REPAIR | BENNETT REPAIR 9191 NE MEADOW ROAD BRIDGEWA... | BILL | 620-343-2995 | | 0.00 |
| BISAGNO WHITEFOWL, CALLS | BISAGNO WHITEFOWL CALLS DALLAS WOOLF P.O. BO... | | | | 0.00 |
| BOLLIER FAMILY POULTRY | BOLLIER FAMILY POULTRY 9191 NE MEADOW ROAD B... | MIKE or Jason | 316-644-5505 | 316-644-5506 | 0.00 |
| BRADBURY CORPORATION | THE BRADBURY CORPORATION 1914 S MONTICELLO P... | FINE EXT. 3195 | 316-618-4177 | 316-618-4217 | 0.00 |
| CAT PLATING | CAT PLATING 1123 E. 18TH MINNEAPOLIS, KS 67467 | | | | 0.00 |
| CENTRAL FEEDERS, INC. | CENTRAL FEEDERS, INC. 2949 AVENUE P LYONS, K... | SHAWN LYTTON | 785-462-7411 EXT 2219 | 316-942-7999 | 0.00 |
| CHANGE COMPOUND MANUFACTURING | CHANGE COMPOUND MANUFACTURING 315 W 22N... | David Wood | 316-942-7991 | | 0.00 |
| CITY OF LYONS | CITY OF LYONS 217 EAST AVENUE SOUTH LYONS, K... | | 257-3741 | | 0.00 |
| CLHOWER | CLHOWER 435 AVER K CHASE KS 67524 | SHERMAN MILLER | 620-603-3300 | | 0.00 |
| COLBERG  DON | COLBERG  DON 1143 18TH ROAD LYONS KS 67554 | | | | 0.00 |
| COLBURG HARVESTING | COLBURG HARVESTING P.O. BOX 183 LITTLE RIVER,... | | | | 0.00 |
| COLLINGWOOD GRAIN, INC. LYONS | COLLINGWOOD GRAIN, INC. 103 MAIN LITTLE RIVER... | MARK | 1-800-933-1550 ext482 | | 0.00 |
| COLLINGWOOD GRAIN, INC. | COLLINGWOOD GRAIN, INC. 103 MAIN LITTLE RIVER... | | | | 0.00 |
| COLTON BIO CORPORATION | COLTON BIO CORPORATION P.O. BOX 2945 HUTCHI... | | | | 0.00 |
| COOP | FARMERS COOP 201 N. GRAND LYONS, KS. 67554 | | | | 0.00 |
| COOP GUARD AND CEMENT | COOP GUARD AND CEMENT 420 N GRAND LYONS KS... | | | | 0.00 |
| COURTNEY CLARK | COURTNEY CLARK 835 STATE RD. 141 LYONS KS. 67... | | | | 0.00 |
| CRANDALL, NORMAN | CRANDALL, NORMAN BOX 313 LITTLE RIVER KS. 67457 | DAVID SNYDER | 620-257-3905 | | 0.00 |
| COOP PRODUCTION SERVICES | COOP PRODUCTION SERVICES 123 WEST 1 INMAN,... | love burgert | | | 0.00 |
| CURTIS CLARK | CURTIS CLARK RR1 BOX 100 LYONS, KS 67554 | | | | 0.00 |
| David Hoadter | David HOADTER GENESEO KS | | | | 0.00 |
| DENNIS SHALER | DENNIS SHALER 612 S. CHINGROE LYONS, KS 67554 | | | | 0.00 |
| DICKSON, GALEN | DICKSON, GALEN 1129 POLK COURT LYONS KS 67554 | | | | 0.00 |
| DON HOYT | DON HOYT RR1 MAIN STREET GENESEO, KS 67444 | | | | 0.00 |
| don hochsher farms | don hochsher farms | | | | 0.00 |
| DUSTIN SCHAUERTT | DUSTIN SCHAUERTT 1799 AVE U LYONS, KS 67554 | | | | 0.00 |
| ESKRIDGE, WADE | ESKRIDGE WADE 133 S 10TH CIRCLE LYONS, KS 67554 | | | | 0.00 |
| ESKRIDGE, JACK | JACK ESKRIDGE 2034 AVE Q LYONS, KS. 67554 | | | | 0.00 |
| ESTEL HOLMSTED | ESTEL HOLMSTED 2023 AVE E GENESEO KS 67444 | | | | 0.00 |
| ERIC WOLTJER | ERIC WOLTJER 2023 AVE E GENESEO KS 67444 | | | | 0.00 |
| FARLEYS MACHINE WORKS | FARLEYS MACHINE WORKS | | | | 0.00 |
| FANGERS COOP | FANGERS COOP LYONS LYONS KS 67554 | BO JOHN | 257-3245 | | 0.00 |
| FELDMAN FARMS, INC | FELDMAN FARMS, INC 1489 AVE L LYONS, KS. 67554 | mike ries | 620-241-2311 | 620-241-5532 | 0.00 |
| FINSAW  GLADOW | FINSAW  GLADOW 115 E STERLING, KS 67579 | | | | 0.00 |
| FT N F FARMS | FT N F FARMS 1111 EAST AVE S LYONS KS. 67554 | | | | 0.00 |
| GALL WELL SERVICE | GALL WELL SERVICE PO BOX 153 STERLING, KS 67579 | | | | 0.00 |
| GARY GERBAN | GARY GERBAN 1725 29TH ROAD LYONS KS 67554 | jeff stroup | 620-792-4203 A46 | | 0.00 |
| GENCO ENRG INDUSTRIES, | | | | | 0.00 |
| HAMPTON HYDRAULICS | HAMPTON HYDRAULICS 24001 HIGHWAY 3 HAMPTON... | pen | | | 0.00 |
| SHRINE HOLLER CO | GREAT PLAINS MFG, INC. P.O. BOX 5060 SALINA, K... | | | | 0.00 |
| GREAT PLAINS MFG INC | GREAT PLAINS MFG. INC. P.O. BOX 5060 SALINA, KS... | | | | 0.00 |
| GREAT PLAINS MFG. INC. | GREAT PLAINS MFG. INC. P.O. BOX 5060 SALINA, KS... | | | | 0.00 |
| GREAT PLAINS MFG. INC.-GE | GREAT PLAINS MFG. INC. P.O. BOX 5060 SALINA, KS... | JW WELCH | | | 0.00 |
| GREAT PLAINS MFG. INC.-CRV | GREAT PLAINS MFG. INC. P.O. BOX 5060 SALINA, KS... | | | | 22,330.48 |
| GREAT PLAINS MFG. INC.-JAI | GREAT PLAINS MFG. INC. P.O. BOX 5060 SALINA, KS... | RHONDA ROTH | 785-823-3276 | 785-822-2391 | 0.00 |
| GREAT PLAINS MFG, INC.-LI | GREAT PLAINS MFG. INC. P.O. BOX 5060 SALINA, KS... | BOB MACINTOSH | | | 0.00 |
| GREAT PLAINS MFG. INC.-11 | GREAT PLAINS MFG. INC. P.O. BOX 5060 SALINA, KS... | | | | 0.00 |
| GREAT PLAINS MFG. INC.-8 | GREAT PLAINS MFG. INC. P.O. BOX 5060 SALINA, KS... | | | | 0.00 |
| GREAT PLAINS MFG. INC.-33 | GREAT PLAINS MFG. INC. P.O. BOX 5060 SALINA, KS... | | | | 0.00 |
| GREAT PLAINS MFG. INC.-LH | GREAT PLAINS MFG. INC. P.O. BOX 5060 SALINA, KS... | | | | 0.00 |

Exhibit "C"

JMS Machine Services, LLC
Customer Contact List
February 3, 2016

| Customer | Bill to | Primary Contact | Main Phone | Fax | Balance Total |
|---|---|---|---|---|---|
| GRESSEL OIL FIELD SERVICE, LLC | GRESSEL OIL FIELD SERVICE, LLC (Corporal Acct el... | | 316-691-1225 | | 0.00 |
| HODGSON, BRIAN | Hodgson, Brian 1419 Sutton Road Lyons, KS 67554 | | | | 0.00 |
| HOPKINS, DENNIS | HOPKINS, DENNIS | | | | 0.00 |
| HOSPITAL DISTRICT #1 RICE COUNTY | HOSPITAL DISTRICT #1 619 SOUTH CLARK LYONS, ... | | | | 0.00 |
| HOSPITARMT ELECTRIC | HOSPITARMT ELECTRIC | | | | 0.00 |
| JACAM | JACAM 1005 AVENUE Q STERLING, KS 67579 | BRIAN | 1-620-278-3356 | | 0.00 |
| JACAM | JACAM | | | | 0.00 |
| JERRY LEZLIE ETC | JERRY LEZLIE ETC | | | | 0.00 |
| JAY BROTHERS | JAY BROTHERS 1569 20TH ROAD LYONS KS 67554 | JERRY | 1-620-278-3431 | | 0.00 |
| JOHANNSEN BROS. | JOHANNSEN BROS. PO BOX 225 STERLING, KS 67579 | | | | 0.00 |
| KANSAS ETHANOL | KANSAS ETHANOL, LLC 1585 AVE. Q LYONS, KS 67554 | BURCE BENTLEY | 620-820-0257 | | 0.00 |
| Keeling Farms | Keeling Farms | DON | 620-258-3495 | | 0.00 |
| KEFCO | KEFCO 1123 S MAIN CHASE KS 67524 | | 620-257-4064 | | 0.00 |
| KENNETH JOHANNSEN | KENNETH JOHANNSEN 5943 AVE. Q LITTLE RIVER KS | KENNETH JOHANNSEN | 620-375-3641 | 620-375-3355 | 250.18 |
| KNIGHT FARMS | KNIGHT FARMS 7809 AVENUE V LYONS, KS 67554 | | | | 0.00 |
| KNIGHT FEEDLOT | KNIGHT FEEDLOT 7809 AVENUE V LYONS, KS 67554 | | | | 0.00 |
| KNIGHT HAWK | KNIGHT HAWK 1700 S. 39TH HIGHWAY LYONS, KS ST... | | | | 0.00 |
| KNIGHT PHIL | KNIGHT PHIL 1300 15TH ROAD LYONS, KS 67554 | | 257-5100 | | 0.00 |
| LAND PRIDE | LAND PRIDE E & D 1525 E NORTH STREET SALIN... | | | | 0.00 |
| LANSEL FARMS | LANSEL FARMS 1003 AVE. 8 ALDEN KS, 67512 | | | | 0.00 |
| LEONARD DODGE | LEONARD DODGE 2273 HWY 9 LYONS KS 67554 | | | | 0.00 |
| LEWIS MACHINE MFG | LEWIS MACHINE MFG INFO PO BOX 305 DIGHTON K... | | | | 1,509.43 |
| LINDEN RED BARLEY | LINDEN RED BARLEY 6513 W. AVE. H LYONS, KS 67554 | | | | 0.00 |
| LUND | LUND East Luckey 1729 19th Road Sterling, Ks 67579 | | | | 8.02 |
| LYLE HELMER | LYLE HELMER | | | | 0.00 |
| LYLE HELMER | LYLE HELMER | | | | 0.00 |
| LYONS HIGH SCHOOL | USD #405 820 SOUTH MORGAN LYONS, KS 67554 | | | | 0.00 |
| LYONS NFG CO. | LYONS NFG CO. 711 EAST MAIN ST LYONS, KS 67554 | | 257-2331 | | 0.00 |
| LYONS SALT PLANT | LYONS SALT PLANT 1800 AVE. M LYONS KS 67554 | | | | 4,033.23 |
| MAHALLY ENTERPRISE, LLC | MAHALLY ENTERPRISE, LLC 12005 CABERNET ST... | SELENE LEDEZMA | | 257-5254 | 0.00 |
| Melvin Spencer | Melvin Spencer | | | | 0.00 |
| MICHAEL LATOULAS | MICHAEL LATOULAS | | 257-7013 | | 0.00 |
| MID-AMERICA READY MIX | MID-AMERICA READY MIX RT 2 LYONS, KS 67554 | RICHARD WOOD | 257-2822 | | 0.00 |
| MID-AMERICA SERVICES INC. | MID-AMERICA SERVICES INC. BOX 31 SMAIN LYONS K... | | | | 0.00 |
| MIDWEST ENERGY | MIDWEST ENERGY PO Box 585 Hays, KS 67601 | | | | 0.00 |
| Mike Jadamec | Mike Jadamec | | | | 0.00 |
| Mike Johannsen | Mike Johannsen RR 2 Box 74 Lyons, KS 67554 | | | | 0.00 |
| Mike Mills | Mike Mills | | | | 0.00 |
| MILLER CURTIS | MILLER CURTIS LYONS KS, 67554 | | | | 0.00 |
| MOHABE CONSTRUCTION | MOHABE CONSTRUCTION PO BOX 485 SALINA, TX 77... | | | | 0.00 |
| MOLLY MANUFACTURING | MOLLY MANUFACTURING JON D MOLLHAGEN 2485 1... | JON D MOLLHAGEN | 785-472-3356 | | 0.00 |
| NAPA PARTS, LLC | NAPA PARTS, LLC 2391 HIGHWAY KS SOUTH GREA... | | 257-2396 | | 0.00 |
| NAPA AUTO PARTS | NAPA AUTO PARTS 252 S. GRAND LYONS, KS 67554 | | 1-740-360-7905 | | 0.00 |
| HEADFINGER SEED FARMS * | HEADFINGER SEED FARMS 615 10TH ROAD LYONS, KS... | | | | 215.06 |
| New American Bus | New American Bus 186 Nicland Drive Ardston, AL 36... | | | | 0.00 |
| NORTH AMERICAN SALT-APD | NORTH AMERICAN BUS-APD ATT: ACCOUNTS PAYA... | SUSAN RITCHIE | 257-2324 EXT 619 | 720-383-4587 | 0.00 |
| NORTH AMERICAN SALT | NORTH AMERICAN SALT ATT: ACCOUNTS PAYABLE... | SUSAN ELLITON | | | 0.00 |
| NORTH AMERICAN BUS INDUSTRIES, INC | NORTH AMERICAN BUS INDUSTRIES, INC. APT: ACC... | | | | 0.00 |
| NORTH AMERICAN SALT | NORTH AMERICAN SALT ATT: ACCOUNTS PAYABLE... | | | | 0.00 |
| NORTHERN NATURAL GAS | NORTHERN NATURAL GAS | | | | 0.00 |
| Odtics | Odtics | | | | 0.00 |
| ORECK FIELD SERVICE | ORECK FIELD SERVICE 7773 W MAIN LYONS, KS 67... | FRED LONG | 316-779-7700 EXT 842 | 316-779-7714 | 0.00 |
| OSTROWSKI DRILLING & PUMP CO | OSTROWSKI DRILLING & PUMP CO 1661 EAST 17TH STREET HORT... | VICKY HOBBS | 620-792-3566 | 620-792-4420 | 0.00 |
| OVERSIDE MARKING PRODUCTS | OVERSIDE MARKING PRODUCTS 20 SE 29 Road GR... | DAVID HUDDLESTON | 257-3231 | | 0.00 |
| PALLET CONSOLIDATED | PALLET CONSOLIDATED KANSAS, INC 1813 NORTH M... | | | | 0.00 |
| Post Rock Rural Water District | POST ROCK RURAL WATER DISTRICT 135 N DOUG... | DAVE ENLOW | | | 0.00 |
| PROGRAMMA | PROGRAMMA | | | | 0.00 |
| PROGRESSIVE/LIGHT CONSTRUCTION | PROGRESSIVE/LIGHT CONSTRUCTION 13730 W. 109T... | | | | 215.00 |
| R&D | R&D PO BOX 8 LITTLE RIVER, KS 67457 | | | | 0.00 |
| RAINAX FARMS | RAINAX FARMS 2100 W. 25TH ROAD LITTLE RIVER, KS 8... | | | | 0.00 |
| RANDY BARDOCK | RANDY BARDOCK | | | | 0.00 |
| RAYMOND OIL | RAYMOND OIL | ANDY | 479-570-5562 | 479-575-5153 | 0.00 |
| REDOUND VALVE, INC. | REDOUND VALVE, INC. 19 WILLIAM LANE BELLA VIST... | | | | 0.00 |
| RICE COUNTY AIRPORT | RICE COUNTY AIRPORT 1483 HIGHWAY 58 LYONS, K... | | | | 0.00 |
| RICE COUNTY COMMUNITY CORRECTIONS | RICE COUNTY COMMUNITY CORRECTIONS 1453 US... | | | | 0.00 |
| RICE COUNTY HIGHWAY DEPT. | RICE COUNTY HIGHWAY DEPT. NORTH LOGAN LYO... | | 257-3231 | | 0.00 |
| Rice County Sheriff | Rice County Sheriff 1422 Hwy 56 Lyons KS 67554 | Dale Rogers | | | 0.00 |
| RICE COUNTY WEED DEPT. | RICE COUNTY WEED DEPT. NORTH LOGAN LYONS, K... | 257-6111 | | | 0.00 |
| RICHARD WORES | RICHARD WORES 420 HWY 14 GENESEO, KS 67444 | | | | 0.00 |
| RICKAZAUGH MOTORS | RICKAZAUGH MOTORS 1001 WEST MAIN LYONS, KS | | | | 0.00 |
| ROGER COLBURG | Roger colburg farms | | | | 0.00 |
| ROGER COLBURG | ROGER COLBURG 1475 AVENUE J LYONS, KS 67554 | ROGER | 620-680-0521 (CELLA) | | 0.00 |
| LEONARD, ROGER | LEONARD, ROGER R.T. 2 BOX 192 LYONS KS 67554 | | 620-255-1142 Dodge | 620-255-5370 DODGE | 0.00 |
| ROTO-MIX, LLC | ROTO-MIX, LLC P.O. BOX 1724 DODGE CITY, KS 67801 | | 620-484-1516 | | 15,811.00 |
| DRIVESTAL, ROLAND | DRIVESTAL, ROLAND 20 NW 60TH AVE. STAFFORD, K... | | | | 0.00 |
| SAF AG LLC 1165 18th Rd, LYONS KS 67554 | SAF AG LLC 1165 18th Rd. LYONS KS 67554 | | | | 0.00 |
| SEARS SPILL REPAIR | SELLERS FARMS 6705 N. AVE V LYONS, KS 67554-4629 | | | | 0.00 |
| SELLERS FARMS | SELLERS FARMS 6705 N. AVE V LYONS KS 67554 | | | | 0.00 |
| SELLERS FEEDLOT | SELLERS FEEDLOT 1429 AVE N LYONS KS 67554 | SEAN FELDMAN | | | 0.00 |

Exhibit "C"

9:23 AM
02/03/2016

# JMS Machine Services, LLC
## Customer Contact List
### February 3, 2016

| Customer | Bill to | Primary Contact | Main Phone | Fax | Balance Total |
|---|---|---|---|---|---|
| SHOP | SHOP | | | | 0.00 |
| BILLIN FUNERAL HOME | BILLIN FUNERAL HOME 214 W. AVE. S, LYONS, KS, S... | BOB FRIESEN | | | 0.00 |
| SOUTHSTAR GAS & PIPE | SOUTHSTAR GAS & PIPE PO BOX 20919 ATT: ACCOU... | | 287-7000 | | 0.00 |
| SPARBIDE FARMS | SPARBIDE FARMS 3333 WELD COUNTY ROAD 47 NU... | | | | 0.00 |
| STAR RENTALS | | | | | 0.00 |
| STEVE PETERS | STEVE PETERS | | | | 0.00 |
| SUNBEST FOODS | SUNBEST FOODS 1041 YELLOWSTONE AVE, CLEAR... | PARISH ELLIS | 041 339.2252 | | 0.00 |
| T & G OIL FIELD SERVICES | MAGDON DRILLING, LLC 738 W. 21ST STREET HUIO... | | | | 0.00 |
| TEMP AGE | TEMP AGE 214 S. AVE NORTH LYONS, KS 67554 | | 620-792-4388 | | 0.00 |
| THE FULLER BRUSH COMPANY | FULLER INDUSTRIES LLC ONE FULLER WAY GREAT... | jm pratott | | | 1,820.24 |
| TOSSAL CURTIS | TOSSAL CURTIS 1116 SOUTH GRAND LYONS, KS 676... | | | | 0.00 |
| Todd Glen | Todd Glen | | | | 0.00 |
| TOPEKA METAL SPECIALTIES | TOPEKA METAL SPECIALTIES P.O. BOX 18267 TOPE... | Martin Lee | 785-233-1371 | 1-785-232-1153 | 0.00 |
| US Treasury | US Treasury | | | | 0.00 |
| UGO TURA LYONS | UGO TURA LYONS 600 SOUTH WORKMAN LYONS, KS... | | | | 0.00 |
| VALLEY TOWNSHIP | VALLEY TOWNSHIP PO BOX 123 ALDEN KS 67512 | | | | 0.00 |
| WAL-KA | Wal Wall KA ID346 094 HOUSE | | | | 0.00 |
| WALTON PLUMBING | WALTON PLUMBING 118 EAST MAIN STERLING KS S... | | | | 0.00 |
| Wayne Koons | Wayne Koons 1428 Ave. H  Lyons, Ks. | | | | 0.00 |
| WEBCON INC | WEBCON INC 2627 EAST 4TH HUTCHINSON KS 67501 | BOB WEBSTER | 620-66608189 | | 0.00 |
| WHITE HAWK OIL | WHITE HAWK OIL PO BOX 1100 GREAT BEND, KS 67... | | | | 0.00 |
| WIKOFF, DENNIS | WIKOFF, DENNIS 401 S. PURDY LYONS, KS 67554 | | | | 0.00 |

*Exhibit "C"*

**Fill in this information to identify the case:**

Debtor name **JMS Machine Services, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
| --- | --- | --- | --- |

**2.1** **Lyons State Bank**

Creditor's Name

**101 E Main Street**
**Lyons, KS 67554**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

☑ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**all assets of JMS**

**Describe the lien**
**UCC-1 Financing Statement**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed

$230,008.98     Unknown

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $230,008.98

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did<br>you enter the related creditor? | Last 4 digits of<br>account number for<br>this entity |
| --- | --- | --- |

| Fill in this information to identify the case: |
|---|
| Debtor name **JMS Machine Services, LLC** |
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) _____ |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | $3,751.13 |
| | **A.M. Castle & Co/ Castle Metals**<br>**13843 Collections Center Drive**<br>**Chicago, IL 60693** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

| **3.2** | Nonpriority creditor's name and mailing address | $61.53 |
|---|---|---|
| | **AIRGAS Mid South**<br>**P.O. BOX 676015**<br>**Dallas, TX 75267** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

| **3.3** | Nonpriority creditor's name and mailing address | $115,498.00 |
|---|---|---|
| | **American Job Shop**<br>**38468 N. Fairfield**<br>**Lake Villa, IL 60046** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **loans of Money, equipment and services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

| **3.4** | Nonpriority creditor's name and mailing address | $608.18 |
|---|---|---|
| | **BOLEN OFFICE SUPPLY**<br>**123 W. AVENUE SOUTH**<br>**Lyons, KS 67554** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

| Debtor | **JMS Machine Services, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43.50 |
|---|---|---|---|

**CENTRAL PRAIRIE CO-OP**
PO BOX 159
Sterling, KS 67579

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180.00 |
|---|---|---|---|

**Delta Lighting Products, Inc.**
2750 Metropolitan Drive
Feasterville Trevose, PA 19053

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,879.67 |
|---|---|---|---|

**DGI SUPPLY-A DOALL COMPANY**
4830 Solution Center
Chicago, IL 60677

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,427.37 |
|---|---|---|---|

**EARLE M JORGENSON**
75 REMITTANCE DRIVE
SUITE 6460
Chicago, IL 60675

Date(s) debt was incurred  **2015**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,250.00 |
|---|---|---|---|

**Eric Olsen**
1213 55th Street
Kenosha, WI 53140

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounting Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $495.43 |
|---|---|---|---|

**FASTENAL**
P.O. BOX 1286
Winona, MN 55987

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $419.48 |
|---|---|---|---|

**HOME LUMBER CO**
113 E MAIN
Lyons, KS 67554

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **JMS Machine Services, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**INFINITECH SURFACE FINISHING**
**4420 W. 29TH CIRCLE SOUTH**
**Wichita, KS 67215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,188.99** |
|---|---|---|---|

**Joseph T. Ryerson & Son**
**P. O. Box 731036**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt, Supplier**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,934.38** |
|---|---|---|---|

**KC Machine**
**505 S. McCleary**
**Excelsior Springs, MO 64024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$335,494.00** |
|---|---|---|---|

**Keefer, Al and Noreen**
**38468 N. Fairfield**
**Lake Villa, IL 60046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2015**

Last 4 digits of account number _

Basis for the claim:  **Loans of money materials and equipment and back rent of real estate**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$812.96** |
|---|---|---|---|

**MADILL CARBIDE INC.**
**1504 E WATERMAN**
**Wichita, KS 67211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,053.86** |
|---|---|---|---|

**MetFor Global LLC**
**103 W. Smith St.**
**Buchanan, MI 49107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,156.77** |
|---|---|---|---|

**MIDWEST ENERGY,INC.**
**1330 Canterbury Road**
**Hays, KS 67601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **JMS Machine Services, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,547.59 |
|---|---|---|---|

**MSC INDUSTRIAL SUPPLY CO INC**
**Dept CH**
**Palatine, IL 60055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Trade Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,361.51 |
|---|---|---|---|

**Murdock Companies, Inc.**
**P. O. Box 2775**
**Wichita, KS 67201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Trade Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.90 |
|---|---|---|---|

**NAPA AUTO PARTS**
**202 S GRAND**
**Lyons, KS 67554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Trade Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,096.80 |
|---|---|---|---|

**National Tube Supply**
**#774565**
**4565 Solutions Center**
**Chicago, IL 60677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Trade Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $996.88 |
|---|---|---|---|

**RAMSEY OIL HUTCHINSON INC**
**P.O. BOX 3070**
**Hutchinson, KS 67504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Trade Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,785.74 |
|---|---|---|---|

**Rice County E-Community**
**PO BOX 171**
**Lyons, KS 67554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Economic Development Loan**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,912.00 |
|---|---|---|---|

**Rice County Economic Development**
**101 West Commercial**
**Lyons, KS 67554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/6/2015**

Basis for the claim:  **Economic Development loan**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **JMS Machine Services, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,197.41** |
|---|---|---|---|

**Rice County Economic Development**
**101 West Commercial**
**Lyons, KS 67554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>Economic Developemnt revolving loan</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,060.59** |
|---|---|---|---|

**Steel And Pipe Supply Co., Inc.**
**PO Box 731266**
**Dallas, TX 75373-1266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>Trade  Debt</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59.40** |
|---|---|---|---|

**STUTZMAN REFUSE DISPOSAL, INC.**
**315 W. BLANCHARD**
**South Hutchinson, KS 67505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred <u>2015</u>

**Basis for the claim:** <u>Waste disposal, Trade debt</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,909.68** |
|---|---|---|---|

**TEMP-AIRE INC.**
**214 E. AVE N**
**Lyons, KS 67554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>Trade Debt</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$798.54** |
|---|---|---|---|

**ULINE**
**ATTN: ACCOUNTS RECEIVABLE**
**2200 S. LAKESIDE DRIVE**
**Waukegan, IL 60085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>Trade Debt</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,659.30** |
|---|---|---|---|

**UNfirst**
**2200 S. LAKESIDE DRIVE**
**Wichita, KS 67214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>Trade Debt</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$605.04** |
|---|---|---|---|

**ZEE MEDICAL SERVICE**
**P.O. BOX  204683**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>Medical or Dental Services</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **JMS Machine Services, LLC** | Case number (if known) | |
| | Name | | |

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |

**Part 4:     Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
| --- | --- | --- |
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 580,547.63 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 580,547.63 |

**Fill in this information to identify the case:**

Debtor name        **JMS Machine Services, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

   ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property*
   (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest<br><br>   State the term remaining<br><br>   List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest<br><br>   State the term remaining<br><br>   List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest<br><br>   State the term remaining<br><br>   List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest<br><br>   State the term remaining<br><br>   List the contract number of any government contract | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**JMS Machine Services, LLC**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|
| **Name** | **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| 2.1 **Al and Noreen Keefer** | **38468 N. Fairfield Lake Villa, IL 60046** | | | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.2 **American job Shop, Inc.** | **38468 N. Fairfield Lake Villa, IL 60046** | | | ☐ D _____ ☐ E/F _____ ☐ G _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **JMS Machine Services, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/16**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **For prior year:** From **1/01/2015** to **12/31/2015** | ■ Operating a business ☐ Other _____ | $327,256.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**

Debtor    **JMS Machine Services, LLC**    Case number *(if known)* _____

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Lyons State Bank  v. JMS, Inc. et. al Lyons State Bank 2016 CV 000004** | **Breach of contract, Forclosure** | **20th Judicial District, Rice County, KS 101 West Commercial Lyons, KS 67554** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**

Debtor   **JMS Machine Services, LLC**                                           Case number *(if known)* _____

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **John S. Biallas, Attorney At Law**<br>**3N918 Sunrise lane**<br>**St. Charles, IL 60174** | **Attorney Fees** | **march 2016** | **$3,165.00** |
| Email or website address<br>**jsb70@comcast.net** | | | |
| Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. **10248 196th Ave.**<br>**Bristol, WI 53104** | **3/15 to 12/15** |

**Part 8:**   **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

Debtor     **JMS Machine Services, LLC**                                                    Case number *(if known)* _____

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |
| | | |

**Part 9:     Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■  No.
   ☐  Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■  No. Go to Part 10.
   ☐  Yes. Does the debtor serve as plan administrator?

**Part 10:     Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |
| | | | | |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |
| | | | |

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |
| | | | |

**Part 11:     Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ☐ None

Debtor    **JMS Machine Services, LLC**                                           Case number *(if known)*

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Direct Capital**<br>**155 Commerce Way,**<br>**Portsmouth, NH 03801** | **224 East Ave. North**<br>**Lyons, KS 67554** | **Leased equipment:**<br>**1. Haas HRT-310 Rotary table**<br>**& 4th Axis Indexer, SN#**<br>**281571973902**<br>**2. Do-All horizontal Bandsaw,**<br>**Model C1216NC, SN#**<br>**456-89112** | **$15,000.00** |

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.    **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

23.    **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.    **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

25.    **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|

26.    **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

Debtor    **JMS Machine Services, LLC**                                   Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Martha Smith** | **3/2015 through 9.2015** |
| 26a.2.    **Julie Lane** | **3/2015 to 12/2015** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Lyons State Bank**<br>**101 E Main Street**<br>**Lyons, KS 67554** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Al Keefer** | **38468 Fairchild Rd.**<br>**Lake Villa, IL 60046** | **Owner of stock and President** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Debtor    **JMS Machine Services, LLC**                                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **AL Keefer**<br>**38468 N. Fairchild Rd**<br>**Lake Villa, IL 60046** | **$13,100 Gross pay before deductions.**<br>**$10,245 net compensation.** | | **Salary** |
| | **Relationship to debtor**<br>**President & 100%**<br>**shareholder** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

   **WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
   18 U.S.C. §§ 152, 1341, 1519, and 3571.

   I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on    **April 15, 2016**

   **/s/ Albert M. K eefer**                               **Albert M. K eefer**
   Signature of individual signing on behalf of the debtor      Printed name

   Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **JMS Machine Services, LLC** _____   Case No. _____

_____   Debtor(s)   Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | **5,000.00** |
    | Prior to the filing of this statement I have received | $ | **3,165.00** |
    | Balance Due | $ | **1,835.00** |

2.  $ **335.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☐ Debtor   ■ Other (specify):   **Co-Debtor Company**

4.  The source of compensation to be paid to me is:

    ☐ Debtor   ■ Other (specify):   **Co-Debtor Company**

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

| | |
|---|---|
| **April 15, 2016** | **/s/ John S. Biallas** |
| *Date* | **John S. Biallas 00203890** |
| | *Signature of Attorney* |
| | **John S. Biallas, Attorney At Law** |
| | **3N918 Sunrise lane** |
| | **St. Charles, IL 60174** |
| | **630-513-7878  Fax: 630-578-0426** |
| | **jsb70@comcast.net** |
| | *Name of law firm* |

---

## AGREEMENT FOR PROFESSIONAL SERVICES RENDERED IN
## A CHAPTER 7 BANKRUPTCY (Corporate Business)

The undersigned hereby agree(s) to retain John S. Biallas, Attorney at Law of St. Charles, Illinois as Bankruptcy Counsel for:_____JMS, Inc._____ hereinafter the "client") and to pay the following retainer / fee credit and costs for the filing and administration of a liquidating Chapter 7 Bankruptcy Proceeding for the Client's business:

**Fee (not including costs): $5,000.00**
**Costs Deposit $ 335.00**

John S. Biallas agrees to represent the client in the Bankruptcy proceeding; to prepare the necessary document and plans and to appear at all necessary hearings and proceedings required to accomplish this end.

The fees paid in this case shall be paid or shall agreed to be paid, by the owners and joint guarantors of the client, but not the client itself, under the terms of an advance payment agreement executed by them that is separate from this agreement.

All fees shall be subject to the jurisdiction of the Bankruptcy Court under the provisions of the United States Bankruptcy Code.

John S. Biallas shall perform the services required in the case regardless of the time expended by him.

The Client acknowledges that necessary continuances of some of these proceedings may be needed to facilitate scheduling of these matters so as to resolve conflicts in scheduling.

John S. Biallas will not represent the client in any Adversary Proceeding brought for or against the client in the Chapter 7 Bankruptcy case. Trial counsel shall be retained to fulfill that function.

A Corporate resolution approving this agreement and the filing of the Chapter 7 case is attached and made a part hereof.

Dated: 4/11/16_____

Agreed by Client:

BY: X_____ Its President

X_____
Accepted by John S. Biallas:

John S. Biallas, Attorney At law
3 N 918 Sunrise Lane
St. Charles, Ill 60174
630-513-7878
jsb70@comcast.net

# United States Bankruptcy Court
## Northern District of Illinois

In re  **JMS Machine Services, LLC** _____    Case No. _____
                                         Debtor(s)              Chapter    **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____    **32**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **April 15, 2016** _____        **/s/ Albert M. K eefer** _____
                                                          **Albert M. K eefer**/**President**
                                                          Signer/Title

A.M. Castle & Co/ Castle Metals
13843 Collections Center Drive
Chicago, IL 60693


AIRGAS Mid South
P.O. BOX 676015
Dallas, TX 75267


American Job Shop
38468 N. Fairfield
Lake Villa, IL 60046


BOLEN OFFICE SUPPLY
123 W. AVENUE SOUTH
Lyons, KS 67554


CENTRAL PRAIRIE CO-OP
PO BOX 159
Sterling, KS 67579


Delta Lighting Products, Inc.
2750 Metropolitan Drive
Feasterville Trevose, PA 19053


DGI SUPPLY-A DOALL COMPANY
4830 Solution Center
Chicago, IL 60677


EARLE M JORGENSON
75 REMITTANCE DRIVE
SUITE 6460
Chicago, IL 60675


Eric Olsen
1213 55th Street
Kenosha, WI 53140


FASTENAL
P.O. BOX 1286
Winona, MN 55987


HOME LUMBER CO
113 E MAIN
Lyons, KS 67554

INFINITECH SURFACE FINISHING
4420 W. 29TH CIRCLE SOUTH
Wichita, KS 67215


Joseph T. Ryerson & Son
P. O. Box 731036
Dallas, TX 75373


KC Machine
505 S. McCleary
Excelsior Springs, MO 64024


Lyons State Bank
101 E Main Street
Lyons, KS 67554


MADILL CARBIDE INC.
1504 E WATERMAN
Wichita, KS 67211


MetFor Global LLC
103 W. Smith St.
Buchanan, MI 49107


MIDWEST ENERGY, INC.
1330 Canterbury Road
Hays, KS 67601


MSC INDUSTRIAL SUPPLY CO INC
Dept CH
Palatine, IL 60055


Murdock Companies, Inc.
P. O. Box 2775
Wichita, KS 67201


NAPA AUTO PARTS
202 S GRAND
Lyons, KS 67554


National Tube Supply
#774565
4565 Solutions Center
Chicago, IL 60677

RAMSEY OIL HUTCHINSON INC
P.O. BOX 3070
Hutchinson, KS 67504


Rice County E-Community
PO BOX 171
Lyons, KS 67554


Rice County Economic Development
101 West Commercial
Lyons, KS 67554


Rice County Economic Development
101 West Commercial
Lyons, KS 67554


Steel And Pipe Supply Co., Inc.
PO Box 731266
Dallas, TX 75373-1266


STUTZMAN REFUSE DISPOSAL, INC.
315 W. BLANCHARD
South Hutchinson, KS 67505


TEMP-AIRE INC.
214 E. AVE N
Lyons, KS 67554


ULINE
ATTN: ACCOUNTS RECEIVABLE
2200 S. LAKESIDE DRIVE
Waukegan, IL 60085


UNfirst
2200 S. LAKESIDE DRIVE
Wichita, KS 67214


ZEE MEDICAL SERVICE
P.O. BOX 204683
Dallas, TX 75320

# United States Bankruptcy Court
## Northern District of Illinois

In re   **JMS Machine Services, LLC**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **JMS Machine Services, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

April 15, 2016

Date

/s/ John S. Biallas

**John S. Biallas 00203890**

Signature of Attorney or Litigant

Counsel for   **JMS Machine Services, LLC**

**John S. Biallas, Attorney At Law**

**3N918 Sunrise lane**
**St. Charles, IL 60174**
**630-513-7878 Fax:630-578-0426**
**jsb70@comcast.net**